**SUPPRESSED**

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

**UNITED STATES OF AMERICA**
vs.

**BRADLEY A. RIDLEN**

Defendant.

WARRANT FOR ARREST

Case Number: 11-CR-40058-JPG

To: *The United States Marshal and any Authorized United States Officer:*

YOU ARE HEREBY COMMANDED to arrest **BRADLEY A. RIDLEN**, and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Count 1: coercion and enticement of a minor, in violation of Title 18, United States Code, Section 2422(b)

---

Nancy J. Rosenstengel
Name of Issuing Officer

Nancy J. Rosenstengel
Signature of Issuing Officer

By: _____, Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

Clerk of Court
Title of Issuing Officer

July __ 2011 - Benton, IL
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |