IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 11-CR-40058-JPG |
| vs. | ) | |
| | ) | |
| BRADLEY A. RIDLEN, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTUAL BASIS FOR PLEA

On May 21, 2011, Bradley A. Ridlen posted an advertisement on the website Craiglist seeking out young High School and College aged boys. Mike Andrews, a law enforcement officer with the United States Secret Service cybercrime task force posed as a 15 year old boy and responded to the advertisement. Ridlen and Andrews, after a series of internet chats and telephone texts that are relevant to his intent agreed to meet. Ridlen later showed up at the pre-arranged location in Benton, Illinois, at the agreed upon time and was promptly arrested. The officers recovered from Ridlen's vehicle evidentiary items relevant to his intent.

This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not an exhaustive account of the defendant's involvement in or knowledge regarding this or other criminal activity.

_____
BRADLEY A. RIDLEN
Defendant

_____
TIMOTHY J. CAPPS
Attorney for Defendant

Date: 5 APR 12

_____
THOMAS E. LEGGANS
Assistant United States Attorney

Date: 4/5/12